UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 18-31580 |
| Kimberly A Allen | Chapter 13 |
| Debtor | Judge Thomas H. Fulton |

**AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY OF PROPERTY KNOWN AS 2016 TOYOTA COROLLA - VIN 2T1BURHE8GC484159**

This matter is set before the Court upon Toyota Lease Trust's ("Movant") Motion for Relief from the Automatic Stay ("Motion") submitted to the Court, which demonstrates that Movant holds a security interest in the personal property described as a 2016 TOYOTA COROLLA - VIN 2T1BURHE8GC484159 ("Property) and that, per the Debtor's Chapter 13 Plan, their intent is to surrender the Property to the Movant. The parties agree that the Debtor is surrendering the property and it is therefore AGREED that this Court shall grant the Motion for Relief from the Automatic Stay and Movant is authorized to proceed with its State Law rights to liquidate the Property.

This is a final and appealable order.

**IT IS SO ORDERED.**

Agreed Upon:

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

/s/ Tracy Hirsch
Tracy Hirsch
GSH Law Firm
4898 Brownsboro Center
Suite 300
Louisville, KY 40207
Phone:  502-365-2772
thirsch.bkatty@gmail.com
Debtor's Attorney
**(Per E-Mail Authorization received on 1/31/2019)**

Copies to:

Tracy Hirsch
GSH Law Firm
4898 Brownsboro Center
Suite 300
Louisville, KY 40207
thirsch.bkatty@gmail.com
Debtor's Attorney

William W Lawrence
310 Republic Plaza
200 S. Seventh St
Louisville, KY 40202
ECF@louchapter13.com
Chapter 13 Trustee

Asst. U.S. Trustee
Office of the U.S. Trustee
601 West Broadway #512
Louisville, KY 40202
ustpregion08.lo.ecf@usdoj.gov

Kimberly A Allen, Debtor
6817 Arbor Creek Dr
Louisville, KY 40228